**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 07/21/2015

HERBERT HANSON, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,                      12 **CIVIL** 3166 (JSR)

      -v-                                       **JUDGMENT**

FRAZER, LLP (formerly known as
Moore Stephens Wurth Frazer Torbet) and
Friedman, LLP,
                Defendants.
-----------------------------------------------------------------X
TODD EDWARDS, Individually and On
Behalf of All Others Similarly Situated,

                Plaintiff,                      12 **CIVIL** 4222 (JSR)

      -v-                                       **JUDGMENT**

FRAZER, LLP (formerly known as
Moore Stephens Wurth Frazer Torbet)
and FRIEDMAN, LLP,
                Defendants.
-----------------------------------------------------------------X

      Defendants having moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the said motions having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court thereafter, on July 17, 2015 having rendered its Memorandum Order (Doc. #71) granting Defendants' motion to dismiss the Amended Complaint and directing the Clerk of Court to enter final judgment dismissing the Amended Complaint with prejudice and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:**    That for the reasons set forth in the Court's Memorandum Order dated July 17, 2015, Defendants' motions to dismiss the Amended Complaint is granted; final judgment is entered dismissing the Amended Complaint with prejudice;

accordingly, the case is closed.

**Dated:**  New York, New York
July 21, 2015

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**  *K. Mango*

_____
**Deputy Clerk**